117 A.3d 1278

**Jermaine Terrell MILLER, Petitioner**

v.

**FRANKLIN COUNTY COURTS, Franklin County Jail, Franklin County Legal Services, Respondents.**

**No. 73 MM 2015.**

Supreme Court of Pennsylvania.

June 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**